# In the United States Court of Federal Claims

**MARILYN A. PHIPPS,**

      **Plaintiff,**

      v.

**UNITED STATES,**

      **Defendant.**

No. 14-4246L
Filed: December 9, 2015

## O R D E R

The court is in receipt of plaintiffs' motion to voluntarily dismiss certain plaintiffs' claims in the case of Richard K. & Marilyn A. Phipps, et al. v. United States, Case No. 14-424L, including the above-captioned plaintiff. The claims associated with the above-captioned plaintiff are, hereby, **SEVERED** from the case of Richard K. & Marilyn A. Phipps, et al. v. United States, Case No. 14-424L, and shall be reorganized, for case management purposes, into the above-captioned case, Marilyn A. Phipps v. United States, and assigned Case No. 14-4246L. The court **DISMISSES WITHOUT PREJUDICE** the property claims of Marilyn A. Phipps. As there is no just reason for delay, the Clerk's Office shall enter immediate **JUDGMENT** consistent with this Order, pursuant to RCFC 54(b). As the Order disposes of all properties of the named plaintiff, Case No. 14-4246L shall be **CLOSED**. Neither the dismissal of the claims of the plaintiff herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs and properties in the case of Richard K. & Marilyn A. Phipps, et al. v. United States, Case No. 14-424L. Given that, prior to her dismissal, Marilyn A. Phipps was a lead plaintiff for Case No. 14-424L, the court further directed that the new caption for Case No. 14-424L shall be Richard K. Phipps, et al. v. United States.

**IT IS SO ORDERED**.

                                                      s/Marian Blank Horn
                                                      **MARIAN BLANK HORN**
                                                             **Judge**